# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENNY AUTRY,<br><br>            Plaintiff,<br><br>      vs.<br><br>WAL-MART STORES, INC. a corporation, and DOES 1 to 100,<br><br>            Defendants. | Case No. 1:14-cv-01635-TLN-EPG<br><br>**ORDER RE JOINT STIPULATION TO CONTINUE DISCOVERY CUT-OFF TO ALLOW FOR A CONTINUANCE OF THE DEPOSITION OF PLAINTIFF TO FACILITATE SETTLEMENT**<br><br>State Ct. Action Filed: August 19, 2014<br>Discovery Cut-off:  November 20, 2015<br>Pre-trial Conf:         August 11, 2016<br>Trial date:                October 17, 2016<br><br>Judge: Hon. Troy L. Nunley<br>Magistrate: Judge Erica P. Grosjean |

# ORDER

Pursuant to the Joint Stipulation to Continue Discovery Cut-Off, in order to allow for Plaintiff's deposition to occur following the parties' settlement discussions. No other discovery shall be allowed under this continuance other than Plaintiff's deposition, as specifically noted below, and finding GOOD CAUSE for such an Order, IT IS HEREBY ORDERED that the following dates will govern this action:

## EXISTING AND PROPOSED CASE MANAGEMENT DATES

| Matter | Current Date | Proposed Date |
| --- | --- | --- |
| Discovery cut-off (to allow for Plaintiff's continued deposition **ONLY**) | November 20, 2015 | December 18, 2015 |

**IT IS SO ORDERED**.

Dated: November 19, 2015

Troy L. Nunley
United States District Judge

1.14cv1635.stipo.1117.autry

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1.14cv1635.stipo.1
117.autry

1                                  Case No. 1:14-cv-01635-TLN-EPG
PROOF OF SERVICE