1  Vince M. Verde, CA Bar No. 202472
   vince.verde@ogletreedeakins.com
2  Richard Y. Chen, CA Bar No. 225392
   richard.chen@ogletreedeakins.com
3  Jordon R. Ferguson, CA Bar No. 276578
   jordon.ferguson@ogletreedeakins.com
4  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Park Tower, Suite 1500
5  695 Town Center Drive
   Costa Mesa, CA  92626
6  Telephone:  714.800.7900
   Facsimile:   714.754.1298
7
8  Attorneys for Defendant Wal-Mart Stores, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENNY AUTRY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WAL-MART STORES, INC. a corporation, and DOES 1 to 100,<br><br>　　　　Defendants. | Case No. 1:14-cv-01635-TLN-EPG<br><br>**JOINT STIPULATION OF DISMISSAL**<br><br>State Ct. Action Filed:  August 19, 2014<br>Discovery Cut-off:   November 20, 2015<br>Pre-trial conference: August 11, 2016<br>Trial date:          October 17, 2016<br><br>Judge: Hon. Troy L. Nunley<br>Magistrate: Judge Erica P. Grosjean |

Plaintiff Penny Autry ("Plaintiff"), on the one hand, and Defendant Wal-Mart Stores, Inc. ("Defendant"), on the other hand, by and through their respective counsel, stipulate as follows:

WHEREAS, on August 19, 2014, Plaintiff filed a Complaint against Defendant with the Superior Court of California, County of Tulare, Case No. 257542;

WHEREAS, on October 14, 2014, Defendant Answered the Complaint;

WHEREAS, on October 17, 2014, Defendant removed the State Court Action to the United States District Court for the Eastern District of California; and

WHEREAS, on December 11, 2015, the parties executed a Confidential Settlement Agreement and General Release;

**IT IS HEREBY STIPULATED** by and between Plaintiff and Defendant that the State and District Court cases should be dismissed in their entirety, with prejudice.

**IT IS SO STIPULATED.**

DATED: January 12, 2016

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Jordon R. Ferguson
Vince M. Verde
Richard Y. Chen
Jordon R. Ferguson

Attorneys for Defendant Wal-Mart Stores, Inc.

DATED: January 12, 2016

THE LAW OFFICES OF GENE M. RAMOS

By: _____
Gene M. Ramos, Esq.

Attorney for Plaintiff Penny Autry

# PROOF OF SERVICE
*Penny Autry v. Wal-Mart Stores, Inc., et al.*
Case No. 1:14-CV-01635-TLN-EPG

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is 695 Town Center Drive, Suite 1500, Costa Mesa, CA 92626.

On January 12, 2016, I served the following document(s):

**JOINT STIPULATION OF DISMISSAL**

☐ **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒ **BY CM/ECF:** With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

☐ **(Federal)** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

☐ **(Federal)** I declare that I am a **member** of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on January 12, 2016, at Costa Mesa, California.

<u>Loretta Chapman</u>
Type or Print Name                             Signature

## SERVICE LIST

| | |
|---|---|
| Gene M. Ramos, Esq.<br>The Law Offices of Gene M. Ramos<br>8383 Wilshire Blvd., Suite 950<br>Beverly Hills, CA 90211<br>Tel: 323-857-0444<br>Fax: 323-857-6644<br>Email: gene@gmrlawgroup.com | Attorney for Plaintiff PENNY AUTRY |

22951599.1

23494161.1